AO 91 (Rev. 11/11) Criminal Complaint

| | | |
|---|---|---|
| AUSA: Katharine Hemann | | Telephone: (989) 574-8638 |
| Special Agent: Amanda Thomas | | Telephone: (571) 456-9701 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
   v.
Ayden Burge

Case No. Case: 1:24-mj-30077
Judge: Morris, Patricia T.
Filed: 02-29-2024

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 12, 2023__ in the county of __Alpena__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C §2252(a)(5)(B) | Possession of Child Pornography involving a prepubescent minor. |
| 18 U.S.C §2252A(a)(2) | Receipt and Distribution of Child Pornography. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_Amanda Thomas_ (signature)
Complainant's signature

Amanda Thomas, Special Agent F.B.I.
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __February 29, 2024__

_(signature)_
Judge's signature

City and state: __Bay City, Michigan__

Hon. Patricia T. Morris, U.S. Magistrate Judge
Printed name and title

# AFFIDAVIT IN SUPPORT OF APPLICATION FOR COMPLAINT AND ARREST WARRANT

I, Amanda Thomas, being duly sworn, do hereby state as follows:

## INTRODUCTION

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been employed since August 1, 2021. I am presently assigned to the FBI's Detroit Field Office, Bay City Resident Agency. I work on a variety of criminal matters including the investigation of violent crimes and crimes against children. I have received training in the area of child pornography and child exploitation and have observed and reviewed examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. I have been involved with investigations regarding child pornography and the exploitation of children through the internet. I have received training on the execution of search warrants to seize items of evidence from residences, communication providers, and electronic devices, such as cell phones and computers.

2. This affidavit is being submitted for the purpose of obtaining a criminal complaint and arrest warrant for Ayden Burge in violation of 18 U.S.C. §2252A(a)(5)(B) possession of child pornography involving a prepubescent minor or a minor who had not attained 12 years of age, and 18 U.S.C. § 2252A(a)(2), receipt and distribution of child pornography.

3. The information set forth in this affidavit was obtained during the course of my employment with the FBI, through personal observation, statements

of witness, information supplied by other local and federal law enforcement officers and through other investigative activity. The information in this affidavit is included for the limited purpose of showing probable cause and this affidavit does not contain all the information related to this investigation.

## PROBABLE CAUSE

4. On or about May 13, 2023, the Huron Undercover Narcotics Team was conducting a narcotic investigation which resulted in the arrest of Ayden Burge during a traffic stop which occurred in Alpena County which is located in the Federal Eastern District of Michigan. Burge resides in Saginaw County which is also located in the Federal Eastern District of Michigan. On June 1, 2023, a subsequent search warrant was obtained for the cellular phones seized from Burge's vehicle at the time of his arrest.

5. A black and white Apple iPhone contained within a semitransparent case seized during the traffic stop was analyzed by the Michigan State Police, Traverse City Computer Crimes Unit. The phone number associated with the device was 989-277-4011 and the device name was "Ayden's iPhone". The Apple ID present on the device was ayden_burge@icloud.com. The installed Kik Messenger application had a username of "kinky.couple33" and an account name of "Kinky Couple".

6. An administrative subpoena was served to Kik c/o MediaLab.ai. Inc.for subscriber information associated with Kik username, kinky.couple33. Kik c/o

MediaLab.ai. Inc.'s response identified an email address associated with the account as ayden.burge@icloud.com.

7.  A review was conducted of a chat conversation located on the Kik Messenger application involving user "kinky.couple33" and "frankenbeans33". The Kik conversation appears to consist of Burge attempting to have sexual intercourse with a minor female. The date range of the chat is from May 12, 2023 to May 13, 2023. In a subsequent interview of Burge's girlfriend, she identified her Kik username as being "frankenbeans33" and Burge's username "Kinky Couple". A summarized portion of the chat from May 12, 2023, is as follows:

> **kinky.couple33:** If you didn't like them tell me the truth
> **frankenbeans33:** Too young
> **kinky.couple33:** Did you like it
> **frankenbeans33:** It was alright
> **kinky.couple33:** Cp is young
> **kinky.couple33:** R u gonna actually help me tho Sunday
> **kinky.couple33:** How u gonna help?
> **frankenbeans33:** Idk, how do you want me to help
> **kinky.couple33:** Need to make her comfortable
> **kinky.couple33:** Like you start touching her and then move your hand and I'll start doing it or some
> **frankenbeans33**: I guess
> **frankenbeans33:** Idk, if I think of something I'll tell you
> **kinky.couple33:** Wym
> **kinky.couple33:** What if it don't fit in the but can I do the vagina then
> **frankenbeans33:** I'd rather you didn't.

> **kinky.couple33:** Y
>
> **kinky.couple33:** I'd rather die but it don't work
>
> **kinky.couple33:** Do you think it will fit then
>
> **frankenbeans33:** I don't want you hurting her
>
> **frankenbeans33:** And why

On May 13, 2023, in the same chat conversation "kinky.couple33" sent a video file to "frankenbeans33". The following is a description of the video:

> Description: The video is approximately 1 minute and 32 seconds and contains a split screen, top and bottom, and on the top portion of the screen is what appears to be a younger looking teen female exposing and touching her breasts. There is a watermark present that states "Omegle.com". On the bottom portion of the screen is a video of an adult male penetrating a prepubescent female's vagina and anus with his penis. The adult penis ejaculates on the prepubescent female's torso.

8. Between May 12, 2023, and May 13, 2023, "kinky.couple33" was a participant in a Kik Messenger chat group with several other users. A chat participant made a comment referencing "cp". Based on my training and experience, and that of other law enforcement officers, "cp" (or "CP") is a common abbreviation for child pornography. Approximately nine videos consistent with child sexually abusive material were sent by participants in the chat group. The video sent by "kinky.couple33" to "frankenbeans33" on May 13, 2023, was one of the videos sent in the chat group. Below is a description of an additional video sent in the chat group:

> File name: 23083b56-3f25-44dc-b509-5a8625ab7402
>
> Description: A video approximately 32 seconds in length, of a prepubescent female laying on her back with her vagina exposed. An adult male penis is ejaculating on her vagina and torso. A white substance consistent with semen is covering her vagina and torso.

9. The forensic analysis of Burge's phone showed an additional video and images of child pornography, as defined in 18 U.S.C. § 2256. The following is a description of a video observed:

> File Name: telegram-cloud-document-1-5071154125035537288
> Created Date: 5/12/23 19:52(UTC-4)
> Modified/Access Date: 5/13/23 12:08 (UTC-4)

> Description: A video approximately 17 seconds in length, of a prepubescent female laying down. The only visible part of her body is her waist area with her vaginal area exposed. There is what appears to be an adult hand touching and exposing her vaginal area.

## CONCLUSION

14. Based upon the above information, I respectfully submit that there is probable cause to believe that Ayden Burge has violated 18 U.S.C. §2252A(a)(5)(B), possession of child pornography involving a prepubescent minor or a minor who had not attained 12 years of age, and 18 U.S.C. §§ 2252A(a)(2), receipt and distribution of child pornography.

_____
Amanda Thomas
Special Agent, FBI

Sworn to and subscribed before me and/or by reliable electronic means on

___February 29, 2024___ .

_____
Hon. Patricia T. Morris
United States Magistrate Judge